**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br>vs.<br><br>**CHIJIOKE TIMOTHY ODIMEGWU,**<br><br>**Defendant.** | **CASE NO.: 4:25-cr-00139-SHL**<br><br><br>**NOTICE REGARDING ADVISORY TO DEFENDANT OF SPEEDY TRIAL RIGHTS** |

**COMES NOW** the Defendant, Chijioke T. Odimegwu, by and through his attorney, and pursuant to Order Doc. 32 advises the Court as follows:

1. Defendant's counsel has advised the Defendant of his right to a speedy trial and the particulars of the Motion to Continue filed by the undersigned in this matter.

2. Defendant's counsel has discussed a continuance and speedy trial rights with the Defendant and specifically that Defendant understands if a continuance is granted, the trial will be held outside the original speedy trial calculation.

3. Defendant acknowledges understanding those rights and agrees to the dates and timetables proposed and the associated tolling of the speedy trial clock for the reasons asserted.

4. Defendant acknowledges and agrees that additional time is necessary for the adequate preparation for trial even with the exercise of due diligence by the parties. He requests that the Court find that the ends of justice are served by

such a continuance which outweigh the best interests of the public and the Defendant to a speedy trial.

5. Defendant understands that the time of the delay shall constitute excludable time under the Speedy Trial Act.

Respectfully submitted,

**PARRISH KRUIDENIER, L.L.P.**

By: */s/ Benjamin D. Bergmann*
Benjamin D. Bergmann    AT0009469
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
Email: bbergmann@parrishlaw.com
**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 18, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By: */s/ Nayeli Marquez Mayorga*