# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

## NOTICE OF APPEAL

Date: September 29, 2026 Case No: 4:25-cr-00139

Case Caption: United States of America v. Chijioke Timothy Odimegwu

Notice is hereby given that Chijioke Timothy Odimegwu appeals to the:

☒ US Court of Appeals for the Eighth Circuit ☐ IASD District Court Judge

from the Judgment/Order entered in this action on September 25, 2026.

## Transcript Order Form:

Please prepare a transcript of:

☒ Plea Hearing ☒ Sentencing ☐ Trial

☐ Other Hearing(s) on ______

I am not ordering a transcript because: ______

*Reminder: CJA counsel will need to complete the AUTH 24 form in CJA eVoucher.

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the U.S. District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of the cost(s) of transcript(s) ordered have been made with the court reporter (Fed Rule App Proc 10(b)).

Attorney/Party Signature: [signature] Date: September 29, 2026

Address: Parrish Kruideneier, LLP, 2910 Grand Avenue, Des Moines, IA 50312

Phone Number: 515-284-5737