**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF IOWA**

# Notice of Appeal Supplement

Case Name: United States of America vs. Chijioke Timothy Odimegwu

District Court Case Number: 4:25-cr-00139

Appeal Fee (505.00) Status: Pd ____ IFP X Pending ____ Government Appeal ____

Counsel: Appointed ____ CJA X Retained ____ Pro Se ____ Pro Bono ____ FPD ____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel X Pro Se ____

Any reason why counsel should not be appointed: ____________________

Certificate of Appealability: Denied ____ Granted ____ Not Issue X

Pending post Judgment motions: Yes ____ No X

If so, type of motion(s) and docket entry number:

____________________

High Public Interest Case: Yes ____ No X

Simultaneous Opinion release Requested: Yes ____ No X

Trial Held: Bench ____ Jury ____ No X

Court Reporter: Yes X No ____

Reporter's Name: Tonya Gerke

Appealing: Order prior to final judgment ___ or final judgment X

***File this form with the Notice of Appeal***